**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

OSCAR CUEVAS-CARDENAS,

Petitioner,

v. No. 26-cv-02138-KWR-GJF

WARDEN, *et al*,

Respondents,

**ORDER OF DISMISSAL**

This matter comes before the Court on the Habeas Petition Under 28 U.S.C. § 2241 (Doc. 1) (Petition). Petitioner was an immigration detainee when he filed this case and is proceeding *pro se*. The Petition seeks, inter alia, a release from custody. It appears Petitioner was released after the immigration court granted his request for a voluntary departure. *See* https://acis.eoir.justice.gov/en/caseInformation (reflecting the ruling on voluntary departure); https://locator.ice.gov/odls/#/results (ICE detainee locator website). Petitioner has not notified the Clerk's Office regarding his current address as required by D.N.M. Local Civil Rule 83.6. Before evaluating the merits of any claims, the Court ordered Petitioner to update his address and confirm whether he still intends to prosecute this action. *See* Doc. 4. The Order warns that the failure to timely comply may result in dismissal without further notice.

The deadline for Petitioner to update his address expired on October 8, 2026. Petitioner did not comply or otherwise respond to the Order, which was returned as undeliverable with the notation "detainee departed." Doc. 5. The Court will therefore dismiss the Petition without

prejudice pursuant to Fed. R. Civ. P. 41(b) for "failure to prosecute [and] comply with the … court's orders." *Olsen v. Mapes,* 333 F.3d 1199, 1204 n. 3 (10th Cir. 2003). Petitioner may refile the claims, if he is rearrested.

**IT IS ORDERED** that Petitioner Oscar Cuevas-Cardenas' Petition for Writ of Habeas Corpus (**Doc. 1**) is **DISMISSED without prejudice**; and the Court will enter a separate judgment closing the case.

**SO ORDERED**.

_____/S/________________________________
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE